**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Kenneth Sherman, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-001364

---

Appeal From Greenville County
Edward W. Miller, Plea Judge
D. Garrison Hill, Post-Conviction Relief Judge

---

Memorandum Opinion No. 2015-MO-048
Submitted July 27, 2015 – Filed August 26, 2015

---

**DISMISSED**

---

Appellate Defender Benjamin John Tripp, of Columbia,
for Petitioner.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Karen Christine
Ratigan, both of Columbia, for Respondent.

---

**PER CURIAM:** Petitioner seeks a writ of certiorari from an order denying his application for post-conviction relief (PCR), but finding petitioner did not knowingly and intelligently waive his right to a direct appeal.

We deny the petition for a writ of certiorari as to Question II.

Because there is sufficient evidence to support the PCR judge's finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant the petition for a writ of certiorari as to Question I and proceed pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

Counsel has submitted a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and a motion to be relieved as counsel. Petitioner has not filed a pro se response.

Petitioner's appeal is dismissed, pursuant to Rule 220(b)(1), SCACR, after review pursuant to *Anders*, *supra*. Counsel's motion to be relieved as counsel is granted.

**DISMISSED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**